**Dismiss and Opinion Filed December 2, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00891-CV

**THE RICHARDSON TRIDENT COMPANY, INC. AND THE ESTATE OF THOMAS E. BENTLEY, Appellants**

**V.**

**WHITE ROCK ADVISORS, LLC, GREGORY W. HEXT, AND SOUTHWEST MERCHANT GROUP, INC. Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-04592**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Francis

The Court has before it appellants' November 21, 2013 unopposed motion to dismiss the appeal. Appellants state the parties have settled their dispute and appellants no longer desire to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

130891F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

THE RICHARDSON TRIDENT
COMPANY, INC. AND THE ESTATE OF
THOMAS E. BENTLY, Appellants

No. 05-13-00891-CV      V.

WHITE ROCK ADVISORS, LLC,
GREGORY W. HEXT, AND
SOUTHWEST MERCHANT GROUP,
INC., Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-04592.
Opinion delivered by Justice Francis,
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.  We **ORDER** that each party bear its own costs of the appeal.

Judgment entered December 2, 2013

    /Molly Francis/
MOLLY FRANCIS
JUSTICE